UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES VAN MORGAN, | Case No. 3:19-cv-122 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge H. Bruce Guyton |
| WILLIAM M. BARKER, MARGARET L. BEHM, WILLIAM L. HARBISON, JEFFREY M. WARD, and BARBARA M. ZOCCOLA, in their official and individual capacities, | |
| *Defendants*. | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum opinion, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT